UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LINDBLAD,<br><br>  Plaintiff,<br><br>  v.<br><br>CARLOS G. BOLANOS, et al.,<br><br>  Defendants. | Case No. 21-cv-06606-SI<br><br>**ORDER GRANTING MOTION TO WAIVE PACER FEES AND DENYING MOTION FOR EXPENDITURES**<br><br>Re: Dkt. Nos. 21, 32 |

On September 7, 2021, this Court, via Magistrate Judge Beeler, granted plaintiff's application to proceed *in forma pauperis*. Dkt. No. 5. At the time of the application, plaintiff indicated a monthly income of $794 with monthly expenses totaling $900. Dkt. No. 3. Plaintiff subsequently filed a motion, on November 16, 2021, requesting the waiver of PACER fees, citing a lack of financial assistance and an outstanding balance of $186.97. Dkt. No. 21 ¶ 5, 10. The Court **GRANTS** plaintiff's motion to waive PACER fees.

On December 13, 2021, plaintiff also requested two types of expenditures be paid by the Court. Dkt. No. 32. First, the "postage and mail" to serve all motions and papers on defendants, *id*. ¶ 7, which may be accomplished by this Court hiring a private process server on plaintiff's behalf. Second, upfront costs "for interrogatories, depositions, bus fairs [*sic*] and transportation, lab-work, and other investigative materials." *Id*. ¶ 14. The motion for expenditures is **DENIED**.

**IT IS SO ORDERED**.

Dated: April 1, 2022

_____
SUSAN ILLSTON
United States District Judge