UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT LINDBLAD,

        Plaintiff,

   v.

CARLOS G. BOLANOS, et al.,

        Defendants.

Case No. 21-cv-06606-SI

**ORDER RE: SUMMONS OF AMENDED COMPLAINT**

Re: Dkt. No. 60

Plaintiff was previously granted *in forma pauperis* status on September 7, 2022. Plaintiff has now filed a 95-page amended complaint stating additional claims and naming as new defendants the City of Millbrae, County Commission of San Mateo County, Safeway Grocery Outlet, San Mateo County, and Jennifer Stalzer. Dkt. No. 60. Before directing the Clerk of Court to issue the summons as to the new defendants, the Court intends to evaluate the merits of an anticipated dispositive motion to be filed by the previously named defendants. Accordingly, the Court declines to direct the Clerk of Court to issue a summons at this time.

**IT IS SO ORDERED**.

Dated: April 12, 2022

_____
SUSAN ILLSTON
United States District Judge