UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LINDBLAD,<br><br>    Plaintiff,<br><br>    v.<br><br>CARLOS G. BOLANOS, et al.,<br><br>    Defendants. | Case No. 21-cv-06606-SI<br><br>**ORDER: DIRECTING DEFENDANTS TO FILE MOTION TO DISMISS; STAYING DISCOVERY; STAYING ACTION AS TO NEWLY-NAMED DEFENDANTS; VACATING CASE MANAGEMENT CONFERENCE** |

Plaintiff, proceeding under the *in forma pauperis* statute, filed a Second Amended Complaint ("SAC") on April 1, 2022. Dkt. No. 60. The lengthy SAC adds several new defendants and claims. On April 12, 2022, the Court indicated it would not order issuance of the summons for the new defendants named in the SAC until after it had evaluated a dispositive motion filed by the defendants named in both the original complaint and the SAC ("existing defendants"). Dkt. No. 62. On April 14, 2022, the existing defendants stated their intent to file a motion to dismiss the SAC "once dispositive motion deadlines are set given the service issues in this case and the [SAC] is served." Dkt. No. 63 at 11 (CMC). The Court **ORDERS** that if the existing defendants intend to file a motion to dismiss the claims asserted against them in the SAC, they must do so no later than May 6, 2022. The Court will **STAY DISCOVERY** until such motion is ruled upon.

The Court also issues a **STAY** of the case as to the newly-named defendants until the Court reviews the SAC under 28 U.S.C. § 1915(e)(2)(B) (permitting dismissal at any time if, among other grounds, the court finds an IFP action "frivolous or malicious" or "fails to state a claim on which

relief may be granted."). The stay applies to claims against City of Millbrae, County Commission of San Mateo County, Safeway Grocery Outlet, San Mateo County, and Jennifer Stalzer.

The Case Management Conference set for April 22, 2022 is **VACATED.**

**IT IS SO ORDERED**.

Dated: April 20, 2022

———————————————————
SUSAN ILLSTON
United States District Judge