UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAEL LINDBLAD,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS G. BOLANOS, et al.,<br><br>Defendants. | Case No. 21-cv-06606-SI<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>Re: Dkt. No. 69 |

Before the Court is defendants' motion to extend the deadline to file a dispositive motion from May 6, 2022, to June 6, 2022. Dkt. No. 69. Having considered the facts and arguments presented in the motion and plaintiff's opposition, the Court **GRANTS IN PART** the relief requested. Defendants are directed to a file a dispositive motion no later than May 27, 2022.

**IT IS SO ORDERED**.

Dated: May 6, 2022

SUSAN ILLSTON
United States District Judge