UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT MICHAEL LINDBLAD,

Plaintiff,

v.

CARLOS G. BOLANOS, et al.,

Defendants.

Case No. 21-cv-06606-SI

**JUDGMENT**

This action has been dismissed without leave to amend. Judgment is accordingly entered against plaintiff and in favor of all named defendants.

**IT IS SO ORDERED AND ADJUDGED**

.

Dated: July 4, 2022

SUSAN ILLSTON
United States District Judge