UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAEL LINDBLAD, Plaintiff, v. CARLOS G. BOLANOS, et al., Defendants. | Case No. 21-cv-06606-SI **ORDER DENYING MOTION TO AMEND** Re: Dkt. No. 87 |

Plaintiff filed a motion to amend the complaint on July 6, 2022. Because the case was dismissed without leave to amend and final judgment was entered in the case on July 4, 2022, the motion to amend the complaint is DENIED.

Plaintiff may appeal the dismissal within 30 days of the date the Court ordered dismissal. FED. R. APP. P. 4(a)(1)(A).

**IT IS SO ORDERED**.

Dated: July 7, 2022

SUSAN ILLSTON
United States District Judge