UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAEL LINDBLAD,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS G. BOLANOS, et al.,<br><br>Defendants. | Case No. 21-cv-06606-SI<br><br>**ORDER RE PLAINTIFF'S MOTION FOR IN FORMA PAUPERIS FEE WAIVER**<br><br>Re: Dkt. No. 102 |

Before the Court is plaintiff's motion for exemption from fees associated with the use of the PACER (Public Access to Court Electronic Records) system. Dkt. No. 102. Although the Court revoked in forma pauperis status for plaintiff's appeal, Dkt. No. 99, the Ninth Circuit found that plaintiff's appeal is non-frivolous and granted plaintiff's motion to proceed in forma pauperis. *See* Dkt. No. 101.

Despite the Ninth Circuit's order, plaintiff informs the Court that the Northern District of California has continued to deny him free access to PACER without an order from this Court. Dkt. No. 102 at ¶¶ 5–6. Plaintiff cannot afford PACER fees. *Id.* at 15–16.

Courts may exempt individuals or groups from payment of PACER fees but should not exempt anyone who has the ability to pay such fees. See Electronic Public Access Fee Schedule (Dec. 1, 2013), https://www.pacer.gov/documents/epa_feesched.pdf. To the extent the Ninth Circuit's order was not sufficient to restore plaintiff's PACER fee waiver, the Court finds that a fee exemption is necessary to avoid an unreasonable burden and to promote public access to information.

Accordingly, Lindblad's request for a PACER fee exemption is granted. This exemption is limited to fees incurred for accessing documents filed in this case and will expire when the Ninth

Circuit appeal is concluded. Lindblad must not sell or transfer any data obtained using this exemption unless expressly authorized by the Court.

**IT IS SO ORDERED**.

Dated: April 25, 2023

SUSAN ILLSTON
United States District Judge